```
                                                    FILED
                                                    JAN - 3 2006

                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANITARY TRUCK DRIVERS AND HELPERS TEAMSTER LOCAL 350,<br><br>Plaintiff(s),<br><br>v.<br><br>CALIFORNIA WASTE SOLUTIONS INC,<br><br>Defendant(s). | No. C 05-2817 MHP<br><br>**ORDER**<br>**(Ninety-Day Conditional Dismissal)** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: Jan. 3, 2006

MARILYN HALL PATEL
United States District Judge